

# IN THE
# TENTH COURT OF APPEALS

## No. 10-22-00025-CV

## IN THE INTEREST OF A.B., B.B., AND N.B., CHILDREN

**From the 18th District Court
Johnson County, Texas
Trial Court No. D200905868**

## MEMORANDUM OPINION

This is an appeal from the trial court's December 27, 2021 "Order of Enforcement by Contempt and Suspension of Commitment." The Clerk's Record and Reporter's Record were filed on February 22, 2022, and April 25, 2022, respectively. Thus, pursuant to Texas Rule of Appellate Procedure 38.6, appellant Ronald M. Butsch's brief was due on May 25, 2022. *See* TEX. R. APP. P. 38.6(a).

On July 12, 2022, we issued a notice advising appellant that this appeal may be dismissed for want of prosecution unless, within twenty-one days, appellant or any party desiring to continue the appeal files with this Court a response showing grounds for continuing the appeal. Appellant has not responded to our July 12, 2022 notice, nor has

he filed his appellant's brief or requested an extension.  *See id.* at R. 38.8(a)(1) (stating that the appellate court may dismiss for want of prosecution for failure to file an appellant's brief).

Accordingly, we dismiss this appeal for want of prosecution.  *See id.*; *see also id.* at R. 42.3(b), 42.3(f).

STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson,
      and Justice Smith
Affirmed
Opinion delivered and filed August 10, 2022
[CV06]

